UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES HARKEN,

      Plaintiff,

                                               Case No. 1:16-cv-1018

v.

                                               HONORABLE PAUL L. MALONEY

CITY OF LANSING,

      Defendant.

_____/

**JUDGMENT**

      Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  March 24, 2017                                        /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District